UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL L. MONTALVO,

        Petitioner,               CR. No. 2:89-62 WBS

   v.                            ORDER

UNITED STATES OF AMERICA,

        Respondent.
_____/

----oo0oo----

        On March 19, 2013, petitioner Michael L. Montalvo filed a "Motion for Relief from Defect in Judgment Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure to Correct a Defect in the Integrity of the 28 U.S.C. § 2255 Judgment, Order, or Proceeding." The United States shall file an opposition to petitioner's motion no later than May 3, 2013. Petitioner may then file a reply no later than June 3, 2013. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Date: March 20, 2013

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE